**Order entered September 18, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00443-CV

**COURTNEY RENEE SILVA, Appellant**

**V.**

**MILAGROZ DIAZ (NOW MIMI WEBB), Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05855-D**

## ORDER

Before the Court is appellant's September 16, 2020 agreed amended second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 15, 2020.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE